IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HORISK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-560 |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned as attorney for Defendant, Lear

Corporation, in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated:  September 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed a true and correct copy of the foregoing Entry of Appearance with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. A courtesy copy of such Entry of Appearance was also hand delivered to the following counsel of record on this date.

John M. LaRosa, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Teresa A. Cheek*
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tchee@ycst.com
Attorney for Defendant

Dated: September 25, 2006