```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| JAMES A. HORISK, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 06-560 KAJ |
| | : |
| v. | : |
| | : |
| LEAR CORPORATION, | : |
| a Delaware corporation, | : |
| | : |
| Defendant. | : |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of J. Stephen Woodside, Esquire to represent James A. Horisk in this matter.

>                     /s/ John M. LaRosa
>                     John M. LaRosa, Esquire
>                     Delaware Bar No. 4275
>                     Law Office of John M. LaRosa
>                     Two East 7th Street, Suite 302
>                     Wilmington, Delaware 19801
>                     (302) 888-1290
>                     Attorney for plaintiff,
>                     James A. Horisk

Dated: October 19, 2006

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| JAMES A. HORISK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 06-560 KAJ |
| | : | |
| v. | : | |
| | : | |
| LEAR CORPORATION, | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

<u>/s/ J. Stephen Woodside</u><br>
J. Stephen Woodside, Esquire<br>
Pennsylvania Bar No. 43811<br>
Law Offices J. Stephen Woodside<br>
A Professional Corporation<br>
One Montgomery Plaza<br>
425 Swede Street, Suite 605<br>
Norristown, PA 19401<br>
(610) 278-2442

Dated: October 19, 2006

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: October \_\_\_, 2006                    _____
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | : |
| Plaintiff, | : CIVIL ACTION NO. 06-560 KAJ |
| v. | : |
| LEAR CORPORATION, a Delaware corporation, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, John M. LaRosa, being a member of the Bar of this Court, do hereby certify that on October 19, 2006, I caused two (2) copies of the attached Motion and Order for Admission Pro Hac Vice to be sent via CM/ECF and U.S. mail to the following:

> Teresa Cheek, Esquire
> Young Conaway Stargatt & Taylor, LLP
> 1000 West Street – 17th Fl.
> Wilmington, Delaware 19801

> /s/ John M. LaRosa
> John M. LaRosa, Esquire
> Delaware Bar No. 4275
> Law Office of John M. LaRosa
> Two East 7th Street, Suite 302
> Wilmington, Delaware 19801
> (302) 888-1290
> Attorney for plaintiff,
> James A. Horisk

i