IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HORISK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-560-KAJ |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington, this 24th day of October, 2006

IT IS ORDERED that the telephonic scheduling conference to be initiated by plaintiff's counsel pursuant to the court's October 23, 2006 Order for Scheduling Conference (D.I. 7) shall be **November 1, 2006 at 2:00 p.m.**

_____
UNITED STATES DISTRICT JUDGE