UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
_____
                              :
JAMES A. HORISK,              :
                              :
           Plaintiff,         :   CIVIL ACTION NO. 06-560 MPT
                              :
      v.                      :
                              :
LEAR CORPORATION,             :
a Delaware corporation,       :
                              :
           Defendant.         :
_____:
```

**JOINT CONSENT TO THE EXERCISE OF
JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings.

**IT IS SO STIPULATED:**

| | |
|---|---|
| **/s/ John M. LaRosa** | **/s/ Teresa Ann Cheek** |
| John M. LaRosa, Esquire | Teresa Ann Cheek, Esquire |
| Delaware Bar No. 4275 | Delaware Bar No. 2657 |
| Law Office of John M. LaRosa | Young Conaway Stargatt & Taylor LLP |
| Two East 7th Street, Suite 302 | 1000 West Street, 17th Floor |
| Wilmington, Delaware 19801 | P.O. Box 391 |
| (302) 888-1290 | Wilmington, DE 19899-0391 |
| JLR@LaRosaLaw.com | (302) 571-6676 |
| | tcheek@ycst.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: January 23, 2007

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| JAMES A. HORISK, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 06-560 MPT |
| | : | |
| v. | : | |
| | : | |
| LEAR CORPORATION, | : | |
| a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case be referred to The Honorable Mary Pat Thynge, United States Magistrate Judge, to conduct all proceedings in this case, including mediation, trial, entry of a final judgment, and all post-judgment proceedings in accordance with 28 U.S.C. § 636(c), and Fed.R.Civ.P. 73.

Dated: January ___, 2007         **UNITED STATES DISTRICT JUDGE**