IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HORISK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-560-*** |
| | : | |
| LEAR CORPORATION, a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## AMENDED SCHEDULING ORDER

At Wilmington, Delaware, this **24th** day of **January, 2007.**

A status teleconference was held on January 18, 2007, with all counsel,

IT IS ORDERED that the Scheduling Order dated November 2, 2006 is amended as follows:

      7.    <u>Interim Status Report.</u>  On April 13, 2007, counsel shall submit a letter to the Court with an interim report on the nature of the matters in issue and the progress of discovery to date.

      4.    <u>Status Conference.</u>  On April 20, 2007, the Court will hold a Rule 16(a), (b) and (c) conference by telephone beginning at 9:00 a.m.  Counsel for the defendants shall initiate the telephone call.  If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

All other provisions of the Scheduling Order of November 2, 2006 not modified, changed or stricken by this Order remain in effect.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE