IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-560 - MPT |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

I, Teresa A. Cheek, hereby certify that on January 31, 2007, copies of this Notice of Service and Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) were served on the following counsel of record:

<u>BY HAND DELIVERY</u>
John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801

<u>VIA FIRST CLASS MAIL</u>
J. Stephen Woodside, Esquire
425 Swede St.
Norristown, PA 19401

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

    */s/ Teresa A. Cheek*
    Teresa A. Cheek, Esquire (No. 2657)
    The Brandywine Building, 17th Floor
    1000 West Street, P.O. Box 391
    Wilmington, Delaware 19899-0391
    Telephone: (302) 571-6676
    Facsimile: (302) 576-3286
    Attorneys for Defendant

Dated: January 31, 2007