IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-560 - MPT |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF
## DEFENDANT'S FIRST SET OF INTERROGATORIES

I, Teresa A. Cheek, hereby certify that on January 31, 2007, copies of this Notice of Service and Defendant's First Set of Interrogatories were served on the following counsel of record:

BY HAND DELIVERY
John M. LaRosa, Esquire
Law Office of John M. LaRosa
Two East Seventh Street, Suite 302
Wilmington, DE 19801

VIA FIRST CLASS MAIL
J. Stephen Woodside, Esquire
425 Swede St.
Norristown, PA 19401

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendant

Dated: January 31, 2007