IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) C.A. No. 2005-06-508 |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO:    James A. Horisk
          3168 Wallace Road
          Odessa, Delaware 19730

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of James A. Horisk on Thursday, April 5, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

                            YOUNG CONAWAY STARGATT & TAYLOR, LLP

                            _____
                            Teresa A. Cheek, Esquire (No. 2657)
                            Margaret DiBianca, Esquire (No. 4539)
                            The Brandywine Building, 17th Floor
                            1000 West Street, P.O. Box 391
                            Wilmington, Delaware 19899-0391
                            Telephone: (302) 571-6676
                            Facsimile: (302) 576-3286
                            Email: tcheek@ycst.com
                            Attorneys for Defendant

Dated: March 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on **March 20, 2007**, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

John LaRosa, Esquire
Two East Seventh Street, Suite 302
Wilmington, DE  19801-3707

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant

Dated:   March 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | )  C.A. No. 2005-06-508 |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on March 20, 2007, I caused two (2) copies of **Defendants' Notice of Deposition of James A. Horisk** to be served upon the following non-registered participant via postage prepaid, U.S. Mail and First Class Certified U.S. Mail/Return Receipt Requested:

James A. Horisk
3168 Wallace Road
Odessa, Delaware 19730

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Teresa A. Cheek, Esquire (No. 2657)
Margaret DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Email: tcheek@ycst.com
Attorneys for Defendant