IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| James A. Horisk, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-560-MPT |
| | ) | |
| Lear Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RE-NOTICE OF DEPOSITION**

TO:   John LaRosa, Esquire
      Two East Seventh Street, Suite 302
      Wilmington, DE 19801-3707

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of James A. Horisk on Friday, April 20, 2007 at 10 a.m., and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, Delaware 19801.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Teresa A. Cheek, Esquire
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3282
Email: tchee@ycst.com
Attorney for Defendants

Dated: March 26, 2007