# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL:   (302) 571-6676
DIRECT FAX:    (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

March 30, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

       Re:    Horisk v. Lear Corporation,
                  C.A. No. 06-560-MPT

Dear Magistrate Judge Thynge:

      Pursuant to Paragraph 3(e) of the November 1, 2006 Scheduling Order, I am writing regarding a discovery dispute between the parties. Defendant served discovery requests on Plaintiff on January 31, 2007. His responses were due on or about March 2, 2007. He did not provide responses and did not seek an extension of time for his responses. When I inquired about the responses, his counsel, Mr. Woodside, assured me that he was working on them and would provide them in the next few days. When I did not receive the promised responses, I asked again and received the same answer. Mr. Horisk's responses are now four weeks overdue. The discovery cut-off date is May 1, 2007. Accordingly, we are seeking an order that Plaintiff provide his discovery responses immediately. Thank you for your attention to this matter.

                                  Respectfully yours,

                                  /s/ *Teresa A. Cheek*
                                  Teresa A. Cheek
                                  Bar I.D. No. 2657

cc:    John LaRosa, Esquire (by e-file)
        J. Stephen Woodside, Esquire (by e-mail)