LAW OFFICE
OF
## JOHN M. LaROSA
TWO EAST 7TH STREET, SUITE 302
WILMINGTON, DELAWARE 19801-3707

PHONE: (302) 888-1290                                    LICENSED IN DE, PA, AND NJ
FAX:   (302) 655-9329                                    INTERNET: WWW.LAROSALAW.COM

April 3, 2007,

**VIA CM/ECF AND U.S. MAIL**
The Honorable Mary Pat Thynge
United State Magistrate Judge
United States District Court
District of Delaware
Lock Box 8
844 King Street
U.S. Courthouse
Wilmington, DE 19801

RE:   James A. Horisk v. Lear Corporation, C.A. No. 06-560 MPT
      **Request for Local Counsel to be Excused from Status Conference**

Dear Judge Thynge:

  The Court has re-scheduled the Status Conference in the above captioned matter to Friday, April 20, 2007 @ 9:00 a.m. If the parties have something to report and the Court does not cancel or postpone that conference, out of state, lead counsel for Plaintiff, J. Stephen Woodside and defense counsel Teresa Cheek shall report the appropriate information to the Court at that time.

  I am scheduled to be out of state on vacation to attend a wedding on April 20th. Accordingly, I now request that I be excused from the Status Conference on the 20th. Defendant does not object to this request.

Very truly yours,

*John M. LaRosa*
John M. LaRosa
 cc: Clerk, U.S. District Court (via U.S. mail)
   J. Stephen Woodside, Esquire (via electronic and U.S. mail)
   Teresa A. Cheek, Esquire (via CM/ECF and U.S. mail)
Attorney Files/John's Files/Client/HORISK/Correspondence/Judge Thynge