# YOUNG CONAWAY STARGATT & TAYLOR, LLP

TERESA A. CHEEK
DIRECT DIAL:  (302) 571-6676
DIRECT FAX:    (302) 576-3286
tcheek@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE  19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

April 13, 2007

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

        Re:    Horisk v. Lear Corporation,
                  C.A. No. 06-560-MPT

Dear Judge Thynge:

      In accordance with the Amended Scheduling Order (Dkt. 18), I am writing on behalf of Defendant Lear Corporation regarding the status of this case. The discovery cut-off date is May 1, 2007.  The parties have exchanged written discovery requests. Plaintiff has provided responses and documents. Defendant's responses are not yet due. Defendant will take plaintiff's deposition on April 20, 2007. Plaintiff has not yet noticed depositions but Mr. Woodside has indicated that he would like to take depositions during the week of April 23, 2007. The parties have discussed settlement briefly and have a mediation conference with Your Honor on May 3, 2007.

                                      Respectfully yours,

                                      /s/ *Teresa A. Cheek*

                                      Teresa A. Cheek
                                      Del. Bar No. 2657

cc:    John LaRosa, Esq. (by e-file)
        Stephen Woodside, Esq. (by email)