IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HORISK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-560-MPT |
| | ) | |
| LEAR CORPORATION, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on April 24, 2007, a true and correct copy of Defendant's Responses to Plaintiff's First Request for Production of Documents Directed to Defendant were served by e-mail, and that on April 30, 2007 I caused to be electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record:

        John LaRosa
        Two East Seventh Street
        Suite 302
        Wilmington, DE  19801-3707

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Teresa A. Cheek*
        Teresa A. Cheek
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6676
        Facsimile: (302) 576-3286
        Email: tcheek@ycst.com
        Attorney for Defendant