IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES A. HORISK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-560-MPT |
| | ) | |
| LEAR CORPORATION, | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Teresa A. Cheek, Esquire, hereby certify that on April 25, 2007, a true and correct copy of Defendant's Answers to Plaintiff's First Set of Interrogatories Directed to Defendant were served via e-mail, and that I caused to be electronically filed a true and correct copy of this Notice of Service with the Clerk of the Court using CM/ECF on April 30, 2007, which will send notification that such filing is available for viewing and downloading to the following counsel of record to the following counsel of record:

>John LaRosa
>Two East Seventh Street, Suite 302
>Wilmington, DE 19801-3707

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Teresa A. Cheek*
>Teresa A. Cheek
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6676
>Facsimile: (302) 576-3286
>Email: tcheek@ycst.com
>Attorney for Defendant