# LAW OFFICE
## OF
### JOHN M. LaROSA
Two East 7th Street, Suite 302
Wilmington, Delaware 19801-3707

Phone: (302) 888-1290      Licensed in DE, PA, and NJ
Fax:    (302) 655-9329      Internet: www.LaRosaLaw.com

May 14, 2007

**VIA CM/ECF AND HAND DELIVERY**
U.S. Magistrate Judge Mary Pat Thynge
UNITED STATES DISTRICT COURT-DISTRICT OF DELAWARE
844 King Street
Wilmington, DE 19801

Re:     Horisk v. Lear Corporation, C.A. No. 06-560-MPT
         **Plaintiff's Request for Teleconference Regarding Settlement Terms**

Dear Magistrate Judge Thynge:

    Previously, on Thursday, May 3, 2007, the parties settled the above captioned case at Mediation. Plaintiff now respectfully requests a teleconference to resolve the following dispute regarding the tax treatment of the settlement payment.

    Plaintiff seeks to have the settlement payment made in full to the Plaintiff along with a 1099 form. Plaintiff will have sole responsibility for the tax implications of the settlement payment. Defendant seeks to deduct payroll taxes from the settlement payment before issuing a check to its former employee.

    Plaintiff's counsel is available at 5:00 p.m. today or at the Court's earliest convenience, preferably at the end of a workday to discuss this matter. Plaintiff has attempted to reach defense counsel by telephone today.

    Thank you for your continuing courtesies.

Respectfully,

*John M. LaRosa*
John M. LaRosa

cc:     Teresa Cheek, Esquire (via CM/ECF and electronic mail)
         J. Stephen Woodside, Esquire (via electronic mail only)