# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING | |
| --- | --- | --- |
| TERESA A. CHEEK | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: (302) 571-6676 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: (302) 576-3286 | | (800) 253-2234 (DE ONLY) |
| tcheek@ycst.com | P.O. BOX 391 | www.youngconaway.com |
| | WILMINGTON, DELAWARE 19899-0391 | |

May 14, 2007

**BY E-FILE**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 8
Wilmington, DE 19801

   Re: Horisk v. Lear Corporation,
      C.A. No. 06-560-MPT

Dear Magistrate Judge Thynge:

  I am writing on behalf of Defendant to advise the Court that I am available this afternoon at 5:00 p.m. for a teleconference as requested by Plaintiff to discuss the tax treatment of the settlement payments.

  Defendant's position is that, according to the IRS, it is required to withhold the usual payroll taxes from (and pay its own share of payroll taxes on) the portion of the settlement proceeds that are payable to Plaintiff and to report the income and withholdings on a Form W-2. See Rev. Rul. 96-65, 1996-2 C.B. 6; PLR 9635013. Defendant asked Plaintiff's counsel to make us aware of any controlling authority to the contrary, but he has not done so.

  In addition, Defendant is required by IRS rulings to report the portion of the settlement proceeds to be paid to Plaintiff's counsel by IRS Forms 1099 to both Plaintiff and his counsel. It is our understanding, however, that under Section 703 of the American Jobs Creation Act of 2004 (P.L. 108-357), Plaintiff will be entitled to an "above-the-line" deduction (not subject to the 2% minimum for miscellaneous deductions) for the counsel fees.

              Respectfully yours,

              */s/ Teresa A. Cheek*

              Teresa A. Cheek
              Bar I.D. No. 2657

cc: John LaRosa, Esq. (via e-file)
   J. Stephen Woodside, Esq. (via e-mail)
   Christopher Mazzoli, Esq. (via e-mail)

Young Conaway Stargatt & Taylor, LLP
The Honorable Mary Pat Thynge
May 14, 2007
Page 2