IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK,                     : | |
| :                                                  | |
| Plaintiff,           : | |
| :                                                   | |
| v.                                      : | Civil Action No. 06-560-MPT |
| :                                                 | |
| LEAR CORPORATION, a Delaware   : | |
| corporation,                              : | |
| :                                                 | |
| Defendant.    : | |

### SECOND AMENDED SCHEDULING ORDER

At Wilmington this **22nd** day of **May, 2007**,

IT IS ORDERED that the Scheduling Order is hereby amended as follows:

1. The pretrial conference scheduled for December 18, 2007 at 4:30 p.m. has been rescheduled to **January 3, 2008 at 9:00 a.m.**

2. The pretrial order due date is now **December 20, 2007.**

All other provisions of the Scheduling Order and Amended Scheduling Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE