UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

JAMES A. HORISK,                               :
                                               :
        Plaintiff,                           :   CIVIL ACTION NO. 06-560 MPT
                                               :
v.                                             :
                                               :
                                               :
LEAR CORPORATION,                              :
                                               :
        Defendant.                           :
_____:

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

      Plaintiff, James A. Horisk, by and through his undersigned counsel, John M. LaRosa, and *pro hac vice* counsel, J. Stephen Woodside and the law firm of J. Stephen Woodside, P.C., hereby moves this Court pursuant to the Federal Rules of Civil Procedure and Delaware Local Rules of Court, for an order, granting plaintiff leave to file an amended complaint in this action, and states the following in support thereof:

      1. On September 11, 2006, plaintiff, James A. Horisk filed his complaint against defendant, Lear Corporation, asserting a single cause of action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §621 et seq. (ADEA), asserting that defendant, Lear wilfully violated the ADEA, entitling plaintiff to damages (the "complaint").

      2. On October 13, 2006, defendant Lear filed its answer and affirmative defenses.

      3. Plaintiff desires to amend the complaint to assert a second cause of action under the Discrimination in Employment Act, State of Delaware, 19 Del. C. §710 *et seq.* (the "state claim").

      4. Plaintiff's proposed amended complaint asserting the state claim is as follows:

COUNT II

[Discrimination in Employment Act]
v.
Defendant, Lear Corporation

49. Plaintiff incorporates herein by reference paragraphs 1 through 48, inclusive, of his complaint as though the same were more fully set forth at length.

50. The company, acting as aforesaid, discriminated against plaintiff under the Discrimination in Employment Act of the State of Delaware, 19 Del. C. §710 *et seq.*

51. As a direct and proximate result of the discrimination, plaintiff has suffered damages and harm.

WHEREFORE, plaintiff, James A. Horisk, demands judgment in his favor and against defendant, Lear Corporation, for monetary damages including retroactive back pay, front pay and other compensatory damages including but not limited to general and special damages, pre-judgment interest, injunctive relief and/or affirmative relief as determined by the Court necessary to effectuate the purposes of the Discrimination in Employment Act including reinstatement to employment, attorneys' fees and costs, and for such other relief as the court deems just.


5. This motion for leave to amend, and the proposed amended complaint in the form set forth in the attached order, is unopposed.

6. Good cause exists for entry of an order, in the form attached, allowing plaintiff leave to file his proposed amended complaint.

WHEREFORE, plaintiff respectfully requests that his motion for leave to amend the complaint be granted, and the attached order entered.

/s/ John M. LaRosa
John M. LaRosa, Esquire
Delaware Bar No. 4275
Law Office of John M. LaRosa
Two East 7th Street, Suite 302
Wilmington, DE 19801-3707
(302) 888-1290

OF COUNSEL:

J. Stephen Woodside, Esquire
J. STEPHEN WOODSIDE, P.C.
One Montgomery Plaza
425 Swede Street, Suite 605
Norristown, PA 19605
(610) 278-2442

Attorneys for plaintiff, James A. Horisk

Dated: May 30, 2007

**CERTIFICATION OF SERVICE**

The undersigned hereby certifies he served a true and correct copy of plaintiff's motion for leave to file an amended complaint, upon the following, by email attachment, on the date set forth below:

>Teresa A. Cheek, Esquire
>YOUNG, CONAWAY, STARGATT & TAYLOR LLP
>The Brandywine Building, 17th Floor
>1000 West Street
>P.O. Box 391
>Wilmington, DE 19899-0391

>/s/ John M. LaRosa
>John M. LaRosa (#4275)

DATED: May 30, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
JAMES A. HORISK,                                  :
                                                                   :
        Plaintiff,                              :         CIVIL ACTION NO. 06-560 MPT
                                                                   :
v.                                                                :
                                                                   :
                                                                   :
LEAR CORPORATION,                           :
                                                                   :
        Defendant.                            :
_____:

ORDER

      AND NOW, this ___ day of _____, 2007, upon consideration of the motion of plaintiff for leave to file an amended complaint, the non-opposition of defendant thereto, and the Court having considered the motion;

      IT IS hereby ORDERED that plaintiff's motion is GRANTED. Plaintiff shall be granted leave to file his amended complaint, to assert a second cause of action against defendant, Lear Corporation, as follows:

COUNT II

[Discrimination in Employment Act]
v.
Defendant, Lear Corporation

      49. Plaintiff incorporates herein by reference paragraphs 1 through 48, inclusive, of his complaint as though the same were more fully set forth at length.

      50. The company, acting as aforesaid, discriminated against plaintiff under the Discrimination in Employment Act of the State of Delaware, 19 Del. C. §710 *et seq.*

      51. As a direct and proximate result of the discrimination, plaintiff has suffered damages and harm.

  WHEREFORE, plaintiff, James A. Horisk, demands judgment in his favor and against defendant, Lear Corporation, for monetary damages including retroactive back pay, front pay and other compensatory damages including but not limited to general and special damages, pre-judgment interest, injunctive relief and/or affirmative relief as determined by the Court necessary to effectuate the purposes of the Discrimination in Employment Act including reinstatement to employment, attorneys' fees and costs, and for such other relief as the court deems just.

  IT IS further ORDERED, service of the amendment shall be effective as of the date of entry of this order.

  IT IS SO ORDERED.

_____
United States Magistrate Judge