UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. 06-560 MPT |
| : | |
| v. : | |
| : | |
| LEAR CORPORATION, : | |
| : | |
| Defendant. : | |

ORDER

AND NOW, this _31_ day of _May_, 2007, upon consideration of the motion of plaintiff for leave to file an amended complaint, the non-opposition of defendant thereto, and the Court having considered the motion;

IT IS hereby ORDERED that plaintiff's motion is GRANTED. Plaintiff shall be granted leave to file his amended complaint, to assert a second cause of action against defendant, Lear Corporation, as follows:

COUNT II

[Discrimination in Employment Act]
v.
Defendant, Lear Corporation

49. Plaintiff incorporates herein by reference paragraphs 1 through 48, inclusive, of his complaint as though the same were more fully set forth at length.

50. The company, acting as aforesaid, discriminated against plaintiff under the Discrimination in Employment Act of the State of Delaware, 19 Del. C. §710 *et seq.*

51. As a direct and proximate result of the discrimination, plaintiff has suffered damages and harm.

1

WHEREFORE, plaintiff, James A. Horisk, demands judgment in his favor and against defendant, Lear Corporation, for monetary damages including retroactive back pay, front pay and other compensatory damages including but not limited to general and special damages, pre-judgment interest, injunctive relief and/or affirmative relief as determined by the Court necessary to effectuate the purposes of the Discrimination in Employment Act including reinstatement to employment, attorneys' fees and costs, and for such other relief as the court deems just.

IT IS further ORDERED, service of the amendment shall be effective as of the date of entry of this order.

IT IS SO ORDERED.

_____
United States Magistrate Judge