IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES A. HORISK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-560-MPT |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER OF DISMISSAL**

Subject to the approval of the Court, the plaintiff, by his attorneys, and the defendant, by its attorneys, hereby stipulate and agree that this case has been resolved and that this case should be dismissed with prejudice and without awarding fees or costs to either party, with the Court reserving jurisdiction to enforce the Confidential Settlement Agreement, the terms of which are incorporated by reference herein.

| Law Office of John M. LaRosa | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| /s/ *John M. LaRosa* | /s/ *Teresa A. Cheek* |
| John M. LaRosa, Esquire (No. 4275) | Teresa A. Cheek (No. 2657) |
| Two East Seventh Street, Suite 302 | 1000 West Street, 17th Floor |
| Wilmington, DE 19801 | P.O. Box 391 |
| (302) 888-1290 | Wilmington, DE 19899 |
| Counsel for Plaintiff | (302) 571-6676 |
| | Counsel for Defendant |

OF COUNSEL:

J. Stephen Woodside, Esquire
425 Swede St.
Norristown, PA 19401

Dated: June 7, 2007

    IT IS SO ORDERED, on this _____ day of _____, 2007.

                                        _____
                                                        Judge