IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES A. HORISK,                          )
                                          )
                        Plaintiff,        )
            v.                            )    C.A. No. 06-560-MPT
                                          )
LEAR CORPORATION,                         )
                        Defendant.        )

## STIPULATION AND ORDER OF DISMISSAL

Subject to the approval of the Court, the plaintiff, by his attorneys, and the defendant, by

its attorneys, hereby stipulate and agree that this case has been resolved and that this case should

be dismissed with prejudice and without awarding fees or costs to either party, with the Court

reserving jurisdiction to enforce the Confidential Settlement Agreement, the terms of which are

incorporated by reference herein.

Law Office of John M. LaRosa                  YOUNG, CONAWAY, STARGATT &
                                              TAYLOR

/s/ *John M. LaRosa*                          /s/ *Teresa A. Cheek*
John M. LaRosa, Esquire (No. 4275)            Teresa A. Cheek (No. 2657)
Two East Seventh Street, Suite 302            1000 West Street, 17th Floor
Wilmington, DE 19801                          P.O. Box 391
(302) 888-1290                                Wilmington, DE 19899
Counsel for Plaintiff                         (302) 571-6676
                                              Counsel for Defendant

OF COUNSEL:

J. Stephen Woodside, Esquire
425 Swede St.
Norristown, PA 19401

Dated: June 7, 2007

IT IS SO ORDERED, on this __7__ day of _June_ 2007.

_____
Judge